**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-1107

---

KERWIN S. HARMON,

Plaintiff - Appellant,

versus

WASHINGTON METROPOLITAN AREA TRANSIT
AUTHORITY,

Defendant - Appellee,

versus

INTERNAL REVENUE SERVICE,

Third Party Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge.
(CA-03-28-DKC)

---

Submitted: March 11, 2004          Decided: March 18, 2004

---

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kerwin S. Harmon, Appellant Pro Se. Gerard J. Stief, WASHINGTON
METROPOLITAN AREA TRANSIT AUTHORITY, Washington, D.C.; Paula Keyser
Speck, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for
Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kerwin S. Harmon appeals the district court's order dismissing his suit against his employer, the Washington Metropolitan Area Transit Authority, for recovery of wages withheld in accordance with a tax lien. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Harmon v. WMATA</u>, No. CA-03-28-DKC (D. Md. filed Nov. 26, 2003 & entered Dec. 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>